**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JOSE OLIVARES, *on behalf of himself and all others similarly situated*,

                                 Plaintiff,

       -against-

WARDROP FOODS, INC.; MATTHEW WARDROP,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER

19 Civ. 10568 (GBD)

GEORGE B. DANIELS, District Judge:

The June 4, 2020 pretrial conference is adjourned to July 23, 2020 at 9:30 a.m.

Dated: June 1, 2020
       New York, New York

                                   SO ORDERED.

                                   GEORGE B. DANIELS
                                   UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 1 2020