UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

JOSE OLIVARES, *on behalf of himself and all others similarly situated*,

                            Plaintiffs,

   -against-

WARDROP FOODS, INC.; MATTHEW WARDROP,

                            Defendants.
------------------------------------- x

ORDER

19 Civ. 10568 (GBD)

GEORGE B. DANIELS, District Judge:

    Plaintiffs and Defendants have reached a settlement in this FLSA action and jointly move this Court for an order approving the settlement. (ECF No. 21.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint motion for settlement approval, together with the exhibits attached thereto, hereby GRANTS the parties' motion and FURTHER ORDERS that:

1. The settlement payment to Plaintiff in the amount of $70,000.00 is approved;

2. The payment of attorneys' fees in the amount of $23,851.33, and expenses in the amount of $518.00 to Plaintiffs' counsel is approved.

Dated: August 25, 2021
       New York, New York

                                              SO ORDERED.

                                              GEORGE B. DANIELS
                                              United States District Judge