UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

JOSE OLIVARES, *on behalf of himself and all others similarly situated*,

                    Plaintiffs,

   -against-

WARDROP FOODS, INC.; MATTHEW WARDROP,

                    Defendants.
------------------------------------ X

ORDER

19 Civ. 10568 (GBD)

GEORGE B. DANIELS, District Judge:

    Given the approval of the settlement reached in this action, (ECF No. 22), the Clerk of the Court is hereby ORDERED to close the above-captioned action.

Dated: June 21, 2022
New York, New York

SO ORDERED.

*[Signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE